AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____
MASSACHUSETTS

SEGUE SOFTWARE, INC.,

    Plaintiff,

V.

PCTEL, INC.,

    Defendant.

SUMMONS IN A CIVIL CASE

04 10388 MLW

CASE NUMBER:

TO: (NAME AND ADDRESS OF DEFENDANT)

    PCTEL, Inc
    8725 W. Higgins Road
    Suite 400
    Chicago, IL 60631

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Stephen D. Poss, P.C.
    Goodwin Procter LLP
    Exchange Place
    53 State Street
    Boston, MA 02109
    Tel: (617) 570-1000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

FEB 26 2004

DATE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Segue Software, Inc.,

vs.   PCTEL, Inc.,

Case Number   04 10388-MLW

## AFFIDAVIT OF SERVICE

I, Jason P. Bobor, being first duly sworn on oath deposes and states

that I am over the age of 21 years and not a party to this action, and on the 24 day of June, 2004,

at 03:20 PM at 208 South LaSalle St. Suite 814, Chicago, IL, did serve the following document(s):

Summons & Complaint

Upon   PCTEL, Inc., c/o CT Corporation Systems

By:   ✔ Personally handing copies to:   Anette Martin (Process Clerk)

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage prepaid to the defendant:

at the above address on

Description: Sex   Female           Race   Black                    Approximate Age   32

Jason P. Bobor

United Processing, Inc.
55 West Wacker Drive
9th Floor
Chicago, IL  60601
312.629.0140
IL License #117-001101

Signed and Sworn
before me this 24
day of June, 2004

_____
Notary Public