UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Segue Software, Inc.

                    Plaintiff,

        v.                                          Civil Action No. 04-10388MLW

PCTEL, Inc.

                    Defendant.

## PLAINTIFF'S ASSENTED-TO MOTION
## TO ENLARGE TIME TO RESPOND TO THE COMPLAINT

Plaintiff Segue Software, Inc. ("Segue"), by its undersigned counsel, hereby moves for an order enlarging the time within which defendant PCTEL, Inc. ("Defendant") may answer or otherwise respond to the Complaint in this action, by an additional thirty (30) days. As grounds for the motion, Segue states as follows.

Segue served the Complaint on June 24, 2004. Currently, Defendant's response is due on or before September 12, 2004. The parties are negotiating in good faith to settle the matter and the parties have agreed to request an order enlarging the Defendant's time to respond in order to spare the parties unnecessary litigation expenses. The Defendant assents to this motion. If the motion is granted, Defendant's response to the Complaint will be due on or before October 12, 2004.

WHEREFORE, the plaintiff Segue Software, Inc., repsectfully requests that the Court:

(1) issue and order extending the time for the defendant PCTEL, Inc. to respond to the complaint by an additional thirty days, or until October 12, 2004; and (2) grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

SEGUE SOFTWARE, INC.,

By its attorneys,

Stephen D. Poss, P.C. (BBO # 551760)
Robert M. O'Connell, Jr. (BBO # 559667)
Mark S. Puzella (BBO # 644850)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Phone (617) 570-1000
Facsimile (617) 523-1231

Dated: September 10, 2004

So ordered,

_____
District Court Judge
Dated:

## L.R. 7.1 CERTIFICATE

I hereby certify that counsel for the parties have conferred in a good faith effort to resolve or narrow the issues. The parties agree that the extension requested in this motion is in the best interest of settlement.

Robert M. O'Connell, Jr.

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served on September 10, 2004 to counsel for Defendant by facsimile and First Class Mail:

James Y. Leong, Esq.
Dorsey & Whitney LLP
850 Hansen Way, Suite 200
Palo Alto, California 94304-1017
Facsimile: (650) 494-8771

Charles H. Roumeliotis

LIBA/1405040.1

3