UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEGUE SOFTWARE, INC.<br><br>    Plaintiff,<br><br>  *v*.<br><br>PCTEL, INC.<br><br>    Defendant. | Civil Action No. 04-CV-10388-MLW |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Segue Software, Inc. hereby dismisses the above-captioned action, without prejudice and without fees or costs to any party, no answer or motion for summary judgment having been served.

            Respectfully submitted,

            SEGUE SOFTWARE, INC.,

            By its Attorneys,

DATED: October 29, 2004    /s/ Robert M. O'Connell, Jr.
            Stephen D. Poss, P.C. (BBO # 551760)
            Robert M. O'Connell, Jr. (BBO # 559667)
            Mark S. Puzella (BBO # 644850)
            GOODWIN PROCTER LLP
            Exchange Place
            Boston, MA 02109-2881
            Tel: 617/570-1000
            Fax: 617/523-1231